**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Travis YOUNG, Defendant–Appellant.**

**No. 13–7025.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 30, 2013.

Decided: Sept. 12, 2014.

Travis Young, Appellant Pro Se. Jane Barrett Taylor, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON, KING, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Young appeals the district court's order denying his motions to reconsider the denial of his motion to reduce sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Young,* No. 3:07–cr–00671–MBS–1 (D.S.C. June 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*